UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TIMOTHY DUNLAP,
and
LINDBERG JOHNSON, JR.,

    Plaintiffs,

v.                                  Civil Action No. 3:17cv252

CNU OF UTAH, LLC,
CNU OF KANSAS, LLC,
and
CNU ONLINE HOLDINGS, LLC,

    Defendants.

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, by counsel, hereby file their Notice of Voluntary Dismissal, and notify Defendants that Plaintiffs hereby voluntarily dismiss their action, with prejudice.

Plaintiffs may voluntarily dismiss their action at this time without order of court because the Plaintiffs have not been served with an answer or a motion for summary judgment by the adverse parties.

                                              Respectfully submitted,
                                              TIMOTHY DUNLAP
                                              LINDBERG JOHNSON, JR.
                                              By Counsel

/s/
Dale W. Pittman, VSB#15673
Counsel for Plaintiffs
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
(804) 861-6000
(804) 861-3368 (Fax)
dale@pittmanlawoffice.com

**SO ORDERED**

8/4/17 /s/
M. Hannah Lauck
United States District Judge
8/4/17

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of August, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>   Charles K. Seyfarth (VSB No. 44530)
>   LeClairRyan
>   919 East Main Street, Twenty-Fourth Floor
>   Richmond, Virginia 23219
>   Telephone: (804) 916-7159
>   Facsimile:  (804) 916-7259
>   charles.seyfarth@leclairryan.com
>   *Counsel for Defendants*

>   /s/
>   ―――――――――――――――――
>   Dale W. Pittman, VSB#15673
>   Counsel for Plaintiffs
>   The Law Office of Dale W. Pittman, P.C.
>   The Eliza Spotswood House
>   112-A West Tabb Street
>   Petersburg, VA 23803
>   (804) 861-6000
>   (804) 861-3368 (Fax)
>   dale@pittmanlawoffice.com